# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square in the City of New York, on the 8th day of July, two thousand and fifteen,

VICTOR RESTIS and ENTERPRISES SHIPPING AND TRADING S.A.

*Plaintiffs-Appellants*,

- v. -

AMERICAN COALITION AGAINST NUCLEAR IRAN, INC. a/k/a UNITED AGAINST NUCLEAR IRAN, MARK D. WALLACE, DAVID IBSEN, NATHAN CARLETON, and DOES 1-10,

*Defendants-Appellees*.

THE UNITED STATES OF AMERICA,

*Intervenor-Appellee*.

**STIPULATION**

Docket Number 15-1327-cv

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

CPAM: 7905663.1

/s/_____
Abbe David Lowell
Michael Bhargava
CHADBOURNE & PARKE, LLP
1200 New Hampshire Ave NW
Washington, DC 20036
(202) 974-5600
*Counsel for Plaintiffs-Appellants*

/s/_____
Michael J. Gottlieb
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave NW
Washington, DC 20015
(202) 237-9617

Douglass A. Mitchell
Boies, Schiller & Flexner LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
(702) 382-7300

*Counsel for Defendants-Appellees*

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/_Michael J. Byars_____
Michael J. Byars
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
(212) 637-2793
*Counsel for Intervenor-Appellee*

2